IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03145-AP

ANNETTE VALDEZ-POWELL

    Plaintiff,

    v.

CAROLYN W. COLVIN,

    Defendant.

___

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
___

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:

James R. Koncilja
Koncilja & Koncilja, P.C.
125 W. B St.
Pueblo, CO 81003
719-543-9591
kandkpc@comcast.net

<u>For Defendant</u>:

Thomas H. Kraus
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1961 Stout St., Suite 4169
Denver, CO 80294
303-844-0017
Tom.kraus@ssa.gov

**2.     STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.     DATES OF FILING OF RELEVANT PLEADINGS**

   **A.     Date Complaint Was Filed: November 18, 2013**

   **B.     Date Complaint Was Served on U.S. Attorney's Office: March 21, 2014**

   **C.     Date Answer and Administrative Record Were Filed: May 14, 2014**

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete and adequate.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.     STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Both parties state that this case does not involve unusually complicated or out of the ordinary claims.

**7.     OTHER MATTERS**

Neither party raises any other matters before this Court.

**8.     BRIEFING SCHEDULE**

   **A.     Plaintiff's Opening Brief Due: July 14, 2014**

   **B.     Defendant's Response Brief Due: August 13, 2014**

   **C.     Plaintiff's Reply Brief (If Any) Due: August 28, 2014**

**9.   STATEMENTS REGARDING ORAL ARGUMENT**

   **A.   Plaintiff's Statement: Plaintiff does not request an oral argument.**

   **B.   Defendant's Statement: Defendant does not request an oral argument.**

**10.   CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   *Indicate below the parties' consent choice*.

   **A.   ( )   All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   **B.   (x )   All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S</u> <u>CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>*.

   DATED this 3rd day of June, 2014

                                   BY THE COURT:

                                   *s/John L. Kane*
                                   U.S. DISTRICT COURT JUDGE

| APPROVED: | UNITED STATES ATTORNEY |
|---|---|
| **s/James R. Koncilja** | **s/Thomas H. Kraus** |
| James R. Koncilja | Thomas H. Kraus |
| Koncilja & Koncilja, P.C. | Special Assistant United States |
| 125 W. B. ST. | Attorney |
| Pueblo, CO 81003 | Assistant Regional Counsel |
| 719-543-9591 | Office of the General Counsel |
| kandkpc@comcast.net | Social Security Administration |
| Attorney for Plaintiff | 1961 Stout St., Suite 4169 |
| | Denver, CO 80294 |
| | 303-844-0017 |
| | tom.krause@ssa.gov |
| | Attorneys for Defendant |